■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH G., Appellant.—Two judgments of the Supreme Court, Queens County (Lakritz, J.), both rendered May 10, 1984, affirmed *(see, People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.